**SEALED**

SEALED COURT
DISTRICT OF NEBRASKA

2023 AUG 22 PM 4: 11

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

MEGGAN IDE,

Defendant.

8:23CR192

INDICTMENT
18 U.S.C. § 1365(a)
21 U.S.C. § 843(a)(3)
18 U.S.C. § 1035(a)
42 U.S.C. § 1320d-6(a)(2), (b)(2), &(b)(3)
21 U.S.C. § 853

The Grand Jury Charges:

## COUNT I

On or about March 26, 2022, in the District of Nebraska, the defendant, MEGGAN IDE, with reckless disregard for the risk that another person will be placed in danger of bodily injury and under circumstances manifesting extreme indifference to such risk, tampered, and attempted to tamper, with a consumer product that affected interstate or foreign commerce, specifically bottles of morphine sulfate, and the labeling of and container for, such product.

In violation of Title 18, United States Code, Section 1365(a).

## COUNT II

On or about March 27, 2022, in the District of Nebraska, the defendant, MEGGAN IDE, with reckless disregard for the risk that another person will be placed in danger of bodily injury and under circumstances manifesting extreme indifference to such risk, tampered, and attempted to tamper, with a consumer product that affected interstate or foreign commerce, specifically bottles of morphine sulfate, and the labeling of and container for, such product.

In violation of Title 18, United States Code, Section 1365(a).

COUNT III

On or about August 25, 2021, in the District of Nebraska, the defendant, MEGGAN IDE, did knowingly and intentionally acquire, obtain, and attempt to acquire and obtain fentanyl, a Schedule II controlled substance, by misrepresentation, fraud, forgery, deception, or subterfuge, to wit:  taking fentanyl from the Kearney Regional Medical Center without authorization.

In violation of Title 21, United States Code, Section 843(a)(3).

COUNT IV

On or about May 29, 2022, in the District of Nebraska, the defendant, MEGGAN IDE, did knowingly and intentionally acquire, obtain, and attempt to acquire and obtain morphine sulfate, a Schedule II controlled substance, by misrepresentation, fraud, forgery, deception, or subterfuge, to wit: taking morphine sulfate from the Emerald Nursing and Rehab Facility without authorization.

In violation of Title 21, United States Code, Section 843(a)(3).

COUNT V

On or about March 21, 2022, in the District of Nebraska, the defendant, MEGGAN IDE, did knowingly and willfully make materially false, fictitious, and fraudulent statements and representations, in connection with the delivery of health care benefits, items, and services involving the delivery of morphine sulfate to patient DM at the Emerald Nursing and Rehab Facility.

In violation of Title 18, United States Code, Section 1035(a).

COUNT VI

On or about January 5, 2021, in the District of Nebraska, the defendant MEGGAN IDE,

knowingly and in violation of Title 42, United States Code, Chapter 7, Subchapter XI,

Part C (provisions of the Health Insurance Portability and Accountability Act (HIPPA)), did

obtain for her personal gain, without authorization, individually identifiable health information

relating to COVID-19 positive patient, DL, residing at the Cozad Community Center, to wit: the

defendant, MEGGAN IDE, obtained in an unauthorized manner, DL's individually identifiable

health information under false pretenses in that by her actions of accessing and obtaining said

information, she falsely represented that she was authorized to access and obtain said

information, when the defendant MEGGAN IDE knew, she was not authorized to access and

obtain such information.

In violation of Title 42, United States Code, Sections 1320d-6(a)(2), (b)(2), &(b)(3).


FORFEITURE ALLEGATION

The allegations contained in COUNTS I-VI of this Indictment are hereby realleged and

incorporated by reference for the purpose of alleging forfeiture pursuant to Title 21, United

States Code, Section 853.

Pursuant to Title 21, United States Code, Section 853, upon conviction of an offense alleged

in COUNTS I-VI of this Indictment, the defendant MEGGAN IDE, shall forfeit to the United

States of America, any property constituting, or derived from, any proceeds obtained, directly or

indirectly, as the result of such offenses and any property used, or intended to be used, in any

manner or part, to commit, or to facilitate the commission of, the offenses.

The property to be forfeited includes, but is not limited to, the following:

The forfeiture of MEGGAN IDE's Nebraska Nursing License number 74244 as property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offenses charged in this Indictment.

Pursuant to Title 21, United States Code, Section 853.

A TRUE BILL:

FOREPERSON

The United States of America requests that trial of this case be held at Omaha, Nebraska, pursuant to the rules of this Court.

THOMAS J. KANGIOR
Assistant U.S. Attorney